Corte de Distrito de San Juan, Sección 2ª., en un caso de tercería de dominio e *injunction*. Moción de la parte apelante desistiendo de la apelación de acuerdo con la parte apelada. Resuelto en marzo 31, 1914. Se tiene a la parte apelante por desistida de la apelación. Abogados de la apelante: *Sres. Muñoz & Brown*. Abogado de la apelada Dolores Benítez: *Sr. Eugenio Benítez Castaño*.

No. 1136. SUCESION COLÓN, DEMANDANTES Y APELANTES, *v.* SÁNCHEZ ET AL., DEMANDADOS Y APELADOS.—Apelación procedente de la Corte de Distrito de Ponce en un caso sobre nulidad de expediente de dominio, reivindicación de bienes inmuebles y otros extremos. Moción de la parte apelada para que se desestime la apelación. Resuelto en abril 7, 1914. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado de los apelantes: *Sr. F. Cervoni Gely*. Abogado de los apelados: *Sr. Manuel A. Rivera*.

No. 670. EL PUEBLO, DEMANDANTE Y APELADO, *v.* ORTIZ, ACUSADO Y APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en causa por injuria y calumnia. Resuelto en abril 14, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal*. El apelante no compareció.

No. 1138. LAMAS Y MÉNDEZ, DEMANDANTES Y APELADOS, *v.* RUFAT ET AL., DEMANDADOS Y APELANTES.—Apelación procedente de la Corte de Distrito de Humacao en caso de tercería. Moción de la parte apelada para que se desestime la apelación Resuelto en abril 14, 1914. Desestimada la apelación por no haberse radicado la transcripción de autos. Abogado de los apelados: *Sr. Francisco Gónzalez*. La parte apelante no compareció.